# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMMED ARAFAT,<br><br>Defendant. | Case No. 3:11-cv-04447-SI<br><br>**ORDER GRANTING JOINT STIPULATION RE: TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

For good cause shown, the Court GRANTS the parties' joint stipulation and orders that counsel for Plaintiffs and Defendant may attend the case management conference set for January 13, 2012 at 2:30 p.m. by telephone.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/9/12

_____
Hon. Susan Illston
United States District Judge