UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. *et al.*, | Case No.: C-11-04447-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| MOHAMMED ARAFAT, | |
| Defendant(s). | |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 4, 2012 at 2:00 p.m. |
| REFERRED TO ADR for Early Neutral Evaluation to occur by: | April 30, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 1, 2012 |
| | Rebuttal: June 15, 2012 |
| EXPERT DISCOVERY CUTOFF: | June 29, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | August 10, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 24, 2012 |
| PRETRIAL CONFERENCE: | Friday, September 7, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, September 24, 2012 at 8:30 a.m. (Bench Trial) |
| TRIAL LENGTH: | 3 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 9, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CC: ADR