# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. *et al.*, | Case No.: C-11-04447-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| MOHAMMED ARAFAT, | |
| Defendant(s). | |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 4, 2012 at 2:00 p.m. |
| REFERRED TO ADR for Early Neutral Evaluation to occur by: | April 30, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 1, 2012 |
| | Rebuttal: June 15, 2012 |
| EXPERT DISCOVERY CUTOFF: | June 29, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | August 10, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 24, 2012 |
| PRETRIAL CONFERENCE: | Friday, September 7, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, September 24, 2012 at 8:30 a.m. (Bench Trial) |
| TRIAL LENGTH: | 3 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1    The parties must comply with both the Court's Standing Order in Civil Cases and Standing

2    Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing

3    Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4    **IT IS SO ORDERED.**

5    February 9, 2012

6    _____
     YVONNE GONZALEZ ROGERS
7    UNITED STATES DISTRICT JUDGE

8    CC: ADR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2