Timothy M. Frank (California SBN 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MOHAMMED ARAFAT, <br><br> Defendant. | Case No. 3:11-cv-04447-YGR <br><br> **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |

On April 12, 2012, the Court entered a Final Judgment in this action in favor of Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"), and against Defendant Mohammed Arafat, in the amount $10,000. (Dkt. 27.) DISH Network has not recorded an abstract of the judgment in any county, nor has a judgment lien been filed with the California Secretary of State.

DISH Network hereby acknowledges Defendant's satisfaction of the Final Judgment, and authorizes the Clerk of the Court to make an entry of the satisfaction of the Final Judgment on the docket. This acknowledgement is limited to the monetary portion of the Final Judgment. The Permanent Injunction entered by the Court on April 12, 2012 remains in full force and effect. In addition, this acknowledgment in no way limits DISH Network's right to recover damages from

1 | Defendant, including liquated damages, should Defendant violate any provision of the parties'
2 | underlying settlement agreement.
3 | DATED:  May 21, 2012                    Respectfully submitted,

By:  /s/Timothy M. Frank
     Timothy M. Frank (California SBN 263245)
     timothy.frank@hnbllc.com
     **HAGAN NOLL & BOYLE LLC**
     820 Gessner, Suite 940
     Houston, Texas 77024
     Telephone: (713) 343-0478
     Facsimile: (713) 758-0146

     Attorney for Plaintiffs DISH Network
     L.L.C., EchoStar Technologies L.L.C.,
     and NagraStar LLC